THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KIM HYDE-RHODES,<br><br>Plaintiff,<br><br>v.<br><br>SHIVWITTS BAND OF PIUTTES et al,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING IFP APPLICATION**<br><br>Case No. 4:24-cv-00037-DN<br><br>District Judge David Nuffer |

The Court entered an Order to Show Cause on May 24, 2024, that ordered Plaintiff to file a corrected IFP application by June 7, 2024.[1] The Order to Show cause requested that Plaintiff provide information to verify her IFP application information.[2] Plaintiff did not respond to the Order to Show Cause. Plaintiff also ignored six other Orders to Show Cause in other cases where the Court concluded her IFP applications were deficient.[3]

## ORDER

THEREFORE, IT IS HEREBY ORDERED that Kim Hyde-Rhodes' application to proceed in forma pauperis is DENIED. This case shall be closed.

Signed July 24, 2024.

BY THE COURT

---

[1] Order to Show Cause, docket no. 6, filed May 24, 2024.

[2] Order to Show Cause, at 1.

[3] *Kim Hyde-Rhodes v. Judge Jeffrey Wilcox and Judge J. Winward*, 4:23-cv-00077; *Kim-Hyde Rhodes v. State of Utah and Idaho Health and Welfare*, 4:23-cv-00078; *Kim Hyde-Rhodes v. Ted Barney and Kayla Corpenbanger*, 4:23-cv-00079; *Kim Hyde-Rhodes v. Judge Jeffrey Wilcox and Judge Winward*, 4:23-cv-00083; *Kim Hyde-Rhodes v. Robert Horn*, 4:23-cv-00084; *Kim Hyde-Rhodes v. Judge Jeffrey Wilcox and Judge J. Winward*, 4:23-cv-00085.

_____
David Nuffer
United States District Judge